The People of the State of Illinois, Respondent-Appellee, *v.* Ernest Ramey, Petitioner-Appellant.

(No. 57076; ▮)

First District (3rd Division)—March 1, 1973.

▮

PER CURIAM.

▮

Gerald W. Getty, Public Defender, of Chicago, (John E. Hughes and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Albert Rosendahl, Assistant State's Attorneys, of counsel,) for the People.